Case 8:25-cv-01163-JWH-ADS    Document 17    Filed 10/08/25    Page 1 of 2    Page ID #:53

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA, | Case No. 8:25-cv-01163-JWH-ADSx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KASO ENTERPRISES LLC d/b/a The Cliff Restaurant; CLIFF VILLAGE, LLC; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 16] entered on or about September 4, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 8, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE