1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff
   ROBERT MENA

6

7               UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9

10 ROBERT MENA,                    Case No.: 8:25-cv-01163-JWH (ADSx)

11         Plaintiff,               **NOTICE OF VOLUNTARY
                                    DISMISSAL OF ENTIRE ACTION
12     vs.                          WITH PREJUDICE**

13 KASO ENTERPRISES LLC D/B/A THE
   CLIFF RESTAURANT; CLIFF
14 VILLAGE, LLC; and DOES 1 to 10,

15         Defendants.

16

17

18     **PLEASE TAKE NOTICE** that Plaintiff ROBERT MENA ("Plaintiff") pursuant

19 to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire

20 action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which

21 provides in relevant part:

22     (a) **Voluntary Dismissal.**

23         (1)   *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66

24               and any applicable federal statute, the plaintiff may dismiss an action

25               without a court order by filing:

26         (i)   A notice of dismissal before the opposing party serves either an

27               answer or a motion for summary judgment.

28

                                   1
        **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED:  October 15, 2025                **SO. CAL. EQUAL ACCESS GROUP**

8                                  By:   */s/  Jason J. Kim*
                                         Jason J. Kim, Esq.
9                                        Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**